UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANK OWENS,

            Plaintiff,

  -against-                           No. 13-cv-5948 (VLB)

TEXTRON FINANCIAL CORPORATION,

            Defendant.

------------------------------------------------------------x

## NOTICE OF DEFENDANT TEXTRON FINANCIAL CORPORATION'S MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant Textron Financial Corporation ("TFC") will serve its Memorandum of Law in support of TFC's Motion to Dismiss the Amended Complaint, together with the accompanying Declaration of Mitchell A. Karlan, dated December 13, 2013, upon Plaintiff Frank Owens on December 13, 2013. Upon receipt of Plaintiff Owens' opposition to its motion, if any, and the service of its reply in further support of the motion, TFC will move this Court, before the Honorable Vincent L. Briccetti, United States District Judge, at a time and date to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order dismissing the Amended Complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       December 13, 2013

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By: _____
                                          Mitchell A. Karlan (MK-4413)
                                          Nancy E. Hart (NH-1789)

                                          200 Park Avenue
                                          New York, NY 10166-0193

Telephone: 212.351.4000
Facsimile:  212.351.4035
mkarlan@gibsondunn.com

*Attorneys for Textron Financial Corporation*