UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANK OWENS,

                Plaintiff,                13 **CIVIL** 5948 (VB)

-against-                      **JUDGMENT**

TEXTRON FINANCIAL CORPORATION,
                Defendant.
-----------------------------------------------------------X

      Whereas, on December 13, 2013, Defendant having moved to dismiss the plaintiff's amended complaint, and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court thereafter, on July 14, 2014, having handed down its Memorandum Decision (Doc. #24) granting Defendants' Motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated July 14, 2014, Defendants' Motion to dismiss is granted; accordingly, the case is closed.

**Dated:** White Plains, New York
          July 15, 2014

                                                              *[signature]*
                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**